# EXHIBIT B



https://www.dogis.org/Html5Viewer/?viewer=dogis&viewer=dogis (retrieved 11/13/2017)



https://www.dogis.org/Html5Viewer/?viewer=dogis&viewer=dogis (retrieved 11/13/2017)



https://www.bing.com/maps?v=2&FORM=LMLTCP&cp=44.332687885351056~-94.47661011545108&style=b& (retrieved 11/13/2017).



https://www.bing.com/maps?v=2&FORM=LMLTCP&cp=44.332687885351056~-94.47661011545108&style=b& (retrieved 11/13/2017)



https://www.bing.com/maps?v=2&FORM=LMLTCP&cp=44.332687885351056~-94.47661011545108&style=b& (retrieved 11/13/2017)